DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MERCO GROUP OF THE PALM BEACHES, INC.**,
Appellant,

v.

**PALM BEACH COUNTY, FL,**
A Political Subdivision of the State of Florida,
Appellee.

No. 4D17-3271

[September 27, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502012CA007507XXXXMB.

Geoffrey B. Marks of Billbrough & Marks, P.A., Coral Gables, for appellant.

Helene C. Hvizd, Senior Assistant County Attorney, and Kim Phan, Assistant County Attorney, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***